DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIFFANY WASHINGTON** and **LATRICIA EDWARDS,**
Appellants,

v.

**MCFIG, LLC,** et al.,
Appellees.

No. 4D21-1513

[November 17, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Florence Taylor Barner, Judge; L.T. Case No. COCE20-22199.

Catherine A. Riggins, Miami, for appellants.

Joseph S. Hughes, The Law Office of Joseph Hughes, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed. See Padow v. Knollwood Club Ass'n*, 839 So. 2d 744 (Fla. 4th DCA 2003).

GROSS, FORST and KUNTZ, JJ., concur.

*   *   *

***Not final until disposition of timely filed motion for rehearing.***